U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 11 2026
CLERK, U.S. DISTRICT COURT
By ___ Deputy



MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT

SENTENCE BY A PERSON IN FEDERAL CUSTODY

| | |
|---|---|
| **United States District Court** | Northern District of Texas |
| Name *(under which you were convicted)*: Michael Samuel Dekelbaum | Docket or Case No.: 4:22-cr-00372(1) |
| Place of Confinement: Seagoville | Prisoner No.: 31893-510 |
| UNITED STATES OF AMERICA | V. Movant *(include name under which convicted)* Michael Samuel Dekelbaum |

**MOTION**

1. (a) Name and location of court which entered the judgment of conviction you are challenging:

   United States District Court for the Northern District of Texas, Ft. Worth Division. 501 W. Tenth St., Room 310 Fort Worth, TX 76102

   (b) Criminal docket or case number (if you know): United States District Court No. 4:22-cr-00372(1)

2. (a) Date of the judgment of conviction (if you know): June 6, 2024

   (b) Date of sentencing: June 6, 2024

3. Length of sentence: One Hundread Sixty Months (160) Three Years Supervised Release

4. Nature of crime (all counts):

   One Count of Conspiracy to possess with intent to distribute methamphetamine, in violation of 21U.S.C.§846, 841(a)(1) and (b)(1)(C).

5. (a) What was your plea? (Check one)

   (1) Not guilty ☐ (2) Guilty ☒ (3) Nolo contendere (no contest) ☐

6. (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? Not Applicable

6. If you went to trial, what kind of trial did you have? (Check one) Jury ☐ Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing? Yes ☐ No ☐

8. Did you appeal from the judgment of conviction? Yes [x] No [ ]

9. If you did appeal, answer the following:
   (a) Name of court: United States Court of Appeals for the Fifth Circuit
   (b) Docket or case number (if you know): 24-10537
   (c) Result: Affirmed Conviction and Sentence
   (d) Date of result (if you know): March 31, 2025
   (e) Citation to the case (if you know): United States v. Dekelbaum, 2025 U.S. App. LEXIS 7434
   (f) Grounds raised:
   (1)Superseding information was impermissably vague.
   (2)Insufficient factual basis supporting the plea agreement.
   (3) The district court erred in not allowing oral arguement at sentencing.
   (4) The district court erred by basing the drug quantity on unreliable sources.
   (5)The district court erred by not granting a two-level "safety valve" reduction.

   (g) Did you file a petition for certiorari in the United States Supreme Court? Yes [x] No [ ]
   If "Yes," answer the following:
   (1) Docket or case number (if you know): 24=7122
   (2) Result: The Petition for Writ of Certiorari was denied.
   (3) Date of result (if you know): June 6, 2025
   (4) Citation to the case (if you know): Dekelbaum v. United States, 2025 U.S. LEXIS 2210
   (5) Grounds raised:
   (1) Should the U.S. Supreme Court recognize a "miscarriage of justice" exception to a waiver of appeal provision in a plea bargain for due process sentencing procedural violations (Rule 32 of the Rules of Criminal Procedure, and Government's violation of a proffer agreement) that took place after execution of the waiver and that could not have been anticipated by the defendant?

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
   Yes [ ] No [x]

11. If your answer to Question 10 was "Yes," give the following information:
   (a) (1) Name of court:
   (2) Docket or case number (if you know):
   (3) Date of filing (if you know):

(4) Nature of the proceeding: ______

(5) Grounds raised:

______

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☐ No ☐

(7) Result: ______

(8) Date of result (if you know): ______

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: ______

(2) Docket of case number (if you know): ______

(3) Date of filing (if you know): ______

(4) Nature of the proceeding: ______

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☐ No ☐

(7) Result: ______

(8) Date of result (if you know): ______

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition: Yes ☐ No ☐

(2) Second petition: Yes ☐ No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

______

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Ineffective Assistance of Counsel, Retained Attorney Mark Lassiter

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

See Memorandum in support.

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes [ ] No [X]

(2) If you did not raise this issue in your direct appeal, explain why:

Not permittable to do so.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes [ ] No [X]

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: ______

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?

Yes [ ] No [ ]

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐ No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐ No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND TWO:** Ineffective Assistance of Counsel, Retained Attorney Taly Haffar

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

See Memorandum in Support.

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☒

(2) If you did not raise this issue in your direct appeal, explain why:

Not permittable to do so.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☒

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: ______

Name and location of the court where the motion or petition was filed:

______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available):

______

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐ No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐ No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐ No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available):

______

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

______

**GROUND THREE:** Ineffective Assistance of Appointed Appellate Counsel, John Kuchera

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

See Memorandum in Support.

(b) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes [ ] No [X]

(2) If you did not raise this issue in your direct appeal, explain why:

Not permittable to do so.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes [ ] No [X]

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: ______

Name and location of the court where the motion or petition was filed:

______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available):

______

(3) Did you receive a hearing on your motion, petition, or application?

Yes [ ] No [ ]

(4) Did you appeal from the denial of your motion, petition, or application?

Yes [ ] No [ ]

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes [ ] No [ ]

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND FOUR:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☐

(2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☐

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: ______________________

Name and location of the court where the motion or petition was filed:

______________________

Docket or case number (if you know): ______________________

Date of the court's decision: ______________________

Result (attach a copy of the court's opinion or order, if available):

______________________

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐ No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐ No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐ No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

______________________

Docket or case number (if you know): ______________________

Date of the court's decision: ______________________

Result (attach a copy of the court's opinion or order, if available):

______________________

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

______________________

13. Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

______________________

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the you are challenging? Yes [ ] No [X]

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At the preliminary hearing:

Rachel Maureen Taft-FPD

(b) At the arraignment and plea:

Taly Haffar

(c) At the trial:

(d) At sentencing:

Mark T Lassiter // Phillip A Linder

(e) On appeal:

John A Kuchera

(f) In any post-conviction proceeding:

(g) On appeal from any ruling against you in a post-conviction proceeding:

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time? Yes [ ] No [X]

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? Yes [ ] No [X]

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future? Yes [X] No [ ]

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

Not Applicable, the Motion is filed in time.

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –

(1) the date on which the judgment of conviction became final;

(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief:

VACATE Sentence and Conviction, Assign to a Different District Court Judge
or any other relief to which movant may be entitled.

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on June 6, 2026 .
(month, date, year)

Executed (signed) on June 6, 2026 (date)

Michael S Dekelbaum
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

Original




United States District Court, N. District, T.X Ft. Worth
501 W. Tenth St., Room 310
Fort Worth, TX 76102



31893-510[illegible]
Mich[illegible]el D[illegible]kelbaum
Federal Correctional Inst
P O Box 9000
Seagoville, TX 75159
United States

Retail

U.S. POSTAGE PAID
USPS Ground Advtg
DALLAS, TX 75253
JUN 09, 2026

76102

$0.00

RDC 01 0 Lb 13.60 Oz S2324M506128-01

X-RAY

United States District Court, N. District, TX Ft Worth
501 W. Tenth St., Room 310
Fort Worth, TX 76102

USPS TRACKING® #

9500 1102 4177 6160 7339 88


RECEIVED
JUN 11 2026
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS